# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KING MOUNTAIN TOBACCO COMPANY, INC., et al., )
)
*Plaintiff* )
)
v. ) Civil Action No. 2:11-CV-3038-RMP
)
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, et al., )
)
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for
Summary Judgment by the United States and it is GRANTED.  Case is closed.

Date: 1/24/2014

*CLERK OF COURT*

SEAN F. McAVOY

*s/ Renea Grogan*
*(By) Deputy Clerk*

Renea Grogan